IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00844-JLK-BNB

JOHN M. VETTER,

Plaintiff,

v.

ANDREW ROTH, individually and in his capacity as a Deputy Sheriff for Adams County, Colorado,
JAMES HOVEY, individually and in his capacity as a Deputy Sheriff for Adams County, Colorado,
DOUGLAS DARR, in his capacity as Sheriff for Adams County, Colorado,
and
ADAMS COUNTY COLORADO,

Defendants.

_____

**ORDER**
_____

This matter arises on the parties' **Stipulation, Dismissal of Parties and Joinder of Party** [Doc. # 21, filed 8/18/2010] (the "Motion").

The parties appear to invoke Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., which permits dismissal of a party with the written consent of all parties who have appeared. Consequently, on the stipulation of the parties and without any action by the court, the John Doe defendant and defendants Fisher, Nichol, and Pace have been dismissed from the action.

Rule 15(a)(2), Fed. R. Civ. P., allows the amendment of an action "with the opposing party's written consent or the court's leave." The Rule also provides that leave to amend should be "freely given . . . when justice so requires."

IT IS ORDERED that the Motion [Doc. # 21] is GRANTED. By the stipulation of the parties, defendants John Doe, Fisher, Nichol, and Pace are dismissed from the action without prejudice.

IT IS FURTHER ORDERED that the complaint is amended to add as a defendant James Hovey, individually and in his capacity as a Deputy Sheriff for Adams County. Hovey shall answer or otherwise respond to the complaint within 14 days of the date of this order.

IT IS FURTHER ORDERED that the case caption is amended as indicated above.

Dated August 19, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge